THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

SEIU HEALTHCARE 1199NW MULTI-EMPLOYER
15 S GRADY WAY
STE 321
RENTON WA  98057

0095 1902-3233
Company
EE ID: 353

COPYBAN CAPTURE® ANTI-FRAUD PROTECTION

| DATE | CHECK NO. |
|---|---|
| 05/29/2015 | 1232 |

PAY TO THE
ORDER OF

ALEXANDER ALEMAN
3647 VINTOR AVE #2
LOS ANGELES CA  90034

Total Net Direct Deposit(s)
**$1696.05**

AMOUNT

VOID

VOID  THIS  IS  NOT  A  CHECK ........................................... DOLLARS

**NON-NEGOTIABLE**

AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                      FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Alexander Aleman
3647 Vintor Ave #2
Los Angeles, CA  90034

Soc Sec #: xxx-xx-xxxx    Employee ID:  353

**Pay Period:** 05/10/15 to 05/23/15
**Check Date:** 05/29/15    **Check #:** 1232

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 9497 | 1696.05 | 6784.19 |
| **NET PAY** | **1696.05** | **6784.19** |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | AMT TAKEN | AVAIL BAL |
|---|---|---|
| Vacation | 0.00 hrs | 18.40 hrs |
| Sick 1 | 8.00 hrs | 6.80 hrs |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Salary | M80.00 | | 2131.01 | M304.00 | 8524.04 |
| Holiday | | | | M8.00 | |
| Qualified Sick | | | | M8.00 | |
| **EARNINGS** | 80.00 | | 2131.01 | 320.00 | 8524.04 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 132.12 | 528.49 |
| Medicare | | 30.90 | 123.60 |
| Fed Income Tax | S 2 | 271.94 | 1087.76 |
| **TOTAL** | | 434.96 | 1739.85 |

| | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| **NET PAY** | | 1696.05 | 6784.19 |

*Payrolls by Paychex, Inc.*

**0095 1902-3233**  SEIU Healthcare 1199NW Multi-Employer Training & Educatio • 15 S Grady Way • Ste 321 • Renton WA  98057 • (206) 601-8502

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

*Payrolls by Paychex, Inc.*

SEIU HEALTHCARE 1199NW MULTI-EMPLOYER TRAI
15 S GRADY WAY
STE 321
RENTON WA 98057

Company
EE ID: 353

| DATE | CHECK NO. |
|---|---|
| 05/15/2015 | 1216 |

PAY TO THE
ORDER OF

ALEXANDER ALEMAN
3647 VINTOR AVE #2
LOS ANGELES CA 90034

Total Net Direct Deposit(s)
**$1696.05**

VOID

AMOUNT

VOID THIS IS NOT A CHECK ...................................................... DOLLARS

**NON-NEGOTIABLE**

AUTHORIZED SIGNATURE(S)

*Payrolls by Paychex, Inc.*

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                 FOLD AND REMOVE

## PERSONAL AND CHECK INFORMATION
Alexander Aleman
3647 Vintor Ave #2
Los Angeles, CA 90034

Soc Sec #: xxx-xx-xxxx    Employee ID: 353

Pay Period: 04/26/15 to 05/09/15
Check Date: 05/15/15    Check #: 1216

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 9497 | 1696.05 | 5088.14 |
| NET PAY | 1696.05 | 5088.14 |

### TIME OFF (Based on Policy Year)

| DESCRIPTION | AMT TAKEN | AVAIL BAL |
|---|---|---|
| Vacation | 0.00 hrs | 13.80 hrs |
| Sick 1 | 8.00 hrs | 3.10 hrs |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Salary | M80.00 | | 2131.01 | M224.00 | 6393.03 |
| | Holiday | | | | M8.00 | |
| | Qualified Sick | | | | M8.00 | |
| | EARNINGS | 80.00 | | 2131.01 | 240.00 | 6393.03 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|
| | Social Security | | 132.12 | | 396.37 |
| | Medicare | | 30.90 | | 92.70 |
| | Fed Income Tax | S 2 | 271.94 | | 815.82 |
| | TOTAL | | 434.96 | | 1304.89 |

| NET PAY | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | | 1696.05 | 5088.14 |

*Payrolls by Paychex, Inc.*

**0095 1902-3233**  SEIU Healthcare 1199NW Multi-Employer Training & Educatio • 15 S Grady Way • Ste 321 • Renton WA  98057 • (206) 601-8502

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

SEIU HEALTHCARE 1199NW MULTI-EMPLOYER TRAI
15 S GRADY WAY
STE 321
RENTON WA  98057

EE ID: 353

| | |
|---|---|
| 06/12/2015 | 1248 |
| DATE | CHECK NO. |

PAY TO THE
ORDER OF

ALEXANDER ALEMAN
3647 VINTOR AVE #2
LOS ANGELES CA  90034

Total Net Direct Deposit(s)
**$1696.05**
AMOUNT

VOID THIS IS NOT A CHECK ................................................... DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE

FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Alexander Aleman
3647 Vintor Ave #2
Los Angeles, CA  90034

Soc Sec #: xxx-xx-xxxx    Employee ID: 353

Pay Period: 05/24/15 to 06/06/15
Check Date: 06/12/15    Check #: 1248

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 9497 | 1696.05 | 8480.24 |
| **NET PAY** | **1696.05** | **8480.24** |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | AMT TAKEN | AVAIL BAL |
|---|---|---|
| Vacation | 0.00 hrs | 23.00 hrs |
| Sick 1 | 16.00 hrs | 2.50 hrs |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Salary | M64.00 | | 2131.01 | M368.00 | 10655.05 |
| | Holiday | M8.00 | | | M16.00 | |
| | Qualified Sick | M8.00 | | | M16.00 | |
| | **EARNINGS** | 80.00 | | 2131.01 | 400.00 | 10655.05 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 132.12 | 660.61 |
| | Medicare | | 30.90 | 154.50 |
| | Fed Income Tax | S 2 | 271.94 | 1359.70 |
| | **TOTAL** | | 434.96 | 2174.81 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **1696.05** | **8480.24** |

Payrolls by Paychex, Inc.

0095 1902-3233  SEIU Healthcare 1199NW Multi-Employer Training & Educatio • 15 S Grady Way • Ste 321 • Renton WA  98057 • (206) 601-8502



# SEIU HEALTHCARE 1199NW MULTI-EMPLOYER
# TRAINING & EDUCATION FUND

March 2, 2015

Alexander Alemán
3647 Vinton Avenue, Apt. #2
Los Angeles, CA 90034

Dear Alexander Alemán:

The SEIU Healthcare 1199NW Multi-Employer Training Fund is pleased to offer you full time employment as a Case Manager.  We believe that your knowledge, skills and experience will be valuable contributions to our organization.  Should you accept this job offer, you'll be eligible to receive the following compensation package, beginning on your start date.

- **Salary:** Annual gross starting salary of $55,406.25 paid in biweekly installments by direct deposit.  Salary increase to $56,625.19 after 6 months of satisfactory performance.

- **Benefits:**
    - Medical insurance paid in full for yourself and family through Group Health Cooperative
    - Dental insurance paid in full through MetLife
    - Pension: Defined benefit plan with five year vesting period
    - Disability and life Insurance through the Hartford Group
    - Vacation: Accrues 15 days per year
    - 13 Annual Paid Holidays-- New Year's Day, Dr. Martin Luther King's Birthday, Presidents Day, Cesar Chavez' Birthday, Yom Kippur, Thanksgiving Day, Day after Thanksgiving, Memorial Day, Independence Day, Labor Day, Christmas Eve, Christmas Day, 1 Personal day per year
    - Sick Leave: Accrues 12 days per year
    - Mileage Reimbursement: Mileage will be paid at standard the IRS rate

- **Start Date:** March 25, 2015

We hope that you'll accept this offer and we look forward to welcoming you aboard. You will report to Tomieka Quinn / Case Management and RN Education Lead.  Feel free to call Tracy Woodman / Executive Director or myself if you have any questions or concerns. Call the main number in the letterhead during normal business hours and ask to speak to either of us.

Sincerely,

Oksana Khavanskaya
Director of Finance and Administration